IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



UNITED STATES OF AMERICA

v.

DELORES M. PRUITT-POLITE

Case No. 2:10mj237
Court Date: June 17, 2010

CRIMINAL INFORMATION

(Misdemeanor)- Violation No. N03000980

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 24, 2010, at the Navy Exchange at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, on lands acquired for the use of the United States, in the Eastern District of Virginia, the defendant, DELORES M. PRUITT-POLITE, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: _____
Jason A. Pfeil
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6391
Fax: (757) 441-3205
Jason.Pfeil@usdoj.gov